```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
         v.                      )      Cr. No. 09-10216-MLW
                                 )
GUSTAVO CASTRO-CAICEDO,          )
     Defendant.                  )
```

ORDER

WOLF, D.J.                                              June 28, 2012

Attached for the public record is a redacted version of the June 19, 2012 sealed Order (Docket No. 144). As requested by the government, the DEA-6 reports submitted by the defendant personally are not being made part of the public record.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE