UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO: 09-CR-10216-MLW-4 |
| ) | |
| v. ) | |
| ) | |
| GUSTAVO CASTRO-CAICEDO, ) | |
|   a/k/a "Luis Amaro", ) | |
|     Defendant ) | |
| ) | |

**DEFENDANT'S MOTION TO AMEND JUDGMENT**

Now comes the Defendant in the above-captioned matter, Gustavo Castro-Caicedo, and hereby moves this Honorable Court in accordance with Fed. R. of Crim. P. 36 to amend the Judgment executed by the Honorable Mark L. Wolf, Chief Judge, U.S. District Court on December 27, 2012.

As grounds therefore, the Defendant states that on the face of the Judgment it is noted that the Defendant "pleaded guilty to count 1."

The Defendant moves to amend the Judgment to reflect that he "was found guilty on count 1 after a plea of not guilty."

*ALLOWED*
*Wolf, D.J.*
*February 5, 2013*